UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

FILED ____ RECEIVED
____ ENTERED ____ SERVED ON
COUNSEL/PARTIES OF RECORD

APR 27 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:02-CR-068-KJD-LRL |
| Plaintiff, ) | |
| vs. ) | |
| JUSTIN BOOTH ) | |
| Defendant. ) | |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#8) on May 24, 2002. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: BANK OF AMERICA
Amount of Restitution: $10,000.00

**Total Amount of Restitution ordered:** $10,000.00

Dated this 26th day of April, 2017.

_____
UNITED STATES DISTRICT JUDGE